United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Safebuy, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | SafeBuy Auto Group |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-2632764 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 552 S. Buckner Blvd. | |
| Number     Street | Number     Street |
| | P.O. Box |
| Dallas        TX    75217 | |
| City        State  ZIP Code | City        State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Dallas County | |
| County | Number     Street |
| | |
| | City        State   ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other. Specify: _____

Debtor  Safebuy, LLC
           Name

Case number (if known) _____

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the above |
| | | B. *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ . |
| | | 4411 |

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|
| | | ☑ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☐ Chapter 11. *Check all that apply*: |
| | |     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that). |
| | |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ☐ A plan is being filed with this petition. |
| | |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☑ No |
|---|---|---|
| | | ☐ Yes. District _____ When __/__/____ Case number _____ |
| | | District _____ When __/__/____ Case number _____ |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☐ No |
|---|---|---|
| | | ☑ Yes. Debtor Safebuy, LLC    Relationship INVOLUNTARY |
| | | District Northern District of Texas, Dallas    When 09/14/2019 |
| | | Case number, if known 19-33084-sgj |

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page **2**

Debtor __Safebuy, LLC_____    Case number (*if known*)_____
      <sub>Name</sub>

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>          Number    Street<br>_____<br>_____<br>City        State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000<br>☒ 50-99    ☐ 5,001-10,000    ☐ 50,001-100,000<br>☐ 100-199   ☐ 10,001-25,000   ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☒ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor  Safebuy, LLC  Case number (*if known*)_____
_____
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/14/2019
MM / DD / YYYY

✘ /s/ Leeman Stiles                             Leeman Stiles
Signature of authorized representative of debtor   Printed name

Title  Managing Member

**18. Signature of attorney**

✘ /s/ Robert DeMarco                            Date  10/14/2019
Signature of attorney for debtor                       MM / DD / YYYY

Robert DeMarco
Printed name

DeMarco Mitchell, PLLC
Firm name

1255 West 15th Street 805
Number      Street

Plano                                           TX         75075
City                                            State      ZIP Code

(972) 578-1400                                  robert@demarcomitchell.com
Contact phone                                   Email address

24014543                                        TX
Bar number                                      State

United States Bankruptcy Court
Northern District of Texas

In re: Safebuy, LLC

Case No.

Chapter 7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 10/14/2019

/s/ Leeman Stiles
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor

A. E. Smith, CPA
12700 Park Central Dr
Suite 408
Dallas, TX 75251


Acute Care Partners
c/o Pershing Advisor's Solutions
1 Pershing Plaza , 4th Floor
Jersey City, NJ 07399


Anthony, Mark
3616 Euclid Avenue
Dallas, TX 75205


Arnold Cavazos
Cavazos Hendricks Poirot P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202


Autozone
123 S. Front Street
Memphis, TN 38103


Baker, Jane
1112 Arthurs Court
Wylie, TX 75098-7542


Baker, Mark
1418 Paddle Court
Ft. Collins, CO 80521-1145


Baker, Nora
1418 Paddle Court
Ft. Collins, CO 80521-1145


Bederman, Olga
4208 Nasmyth Drive
Plano, TX 75093-6838


Bradshaw, Chad
2921 Rosedale Avenue
University park, TX 75205


Bright, James
5151 Beltline
Dallas, TX 75254


Bright, Janet
3888 Navarro Way
Frisco, TX 75034

Brin's Incorporated
P.O. Box 101031
Atlanta, GA 30392-1031


Carr Family Revocable Trust
434 Country Side Lane
Richardson, TX 75081


Chace, Kerry
222 S. Racine Avenue
Chicago, IL 60607


Chupacabra, Ltd.
5151 Beltline Road
Dallas, TX 75254


City of Dallas
P.O. Box 650302
Dallas, TX 75265


Comegys Protect Cell
5151 Beltine Road
Suite 700
Dallas, TX 75254


Corinth Protected Cell
5151 Beltine Road
Dallas, TX 75254


Dallas Central Appraisal District
2949 North Stemmons Freeway
Dallas, TX 75247


Dallas County
c/o Linebarger et al
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207


De Vilbiss, Willard
1112 Arthurs Court
Wylie, TX 75098


Dealer Socket
P.O. Box 843876
Los Angeles, CA 90084-3876


Entrust Retirement Services, Inc.
fbo Sherry B. Carr IRA
17171 Park Row, 100
Houston, TX 77084

Equity Trust Company
fbo Kathleen Kurtz
P.O. Box 45134
Westlake, OH 44145


Equity Trust Company
fbo Richard Hibbs
P.O. Box 451340
Westlake, OH 44145


Equity Trust Company
fbo Michael Rutkoski
P.O. Box 451340
Westlake, OH 44145


Equity Trust Company
fbo Gregory Smith
P.O. Box 451340
Westlake, OH 451340


Equity Trust Company
fbo Monserrat D. Smith Acct. 121251
P.O. Box 451340
Westlake, OH 44145


Equity Trust Company
fbo Deborah Klein
P.O. Box 451340
Westlake, OH 44145


Equity Trust Company
fbo Frederick Feigl
P.O. Box 451340
Westlake, OH 44145


Equity Trust Company
fbo Susan F Hibbs
P.O. Box 451340
Westlake, OH 44145


Eric Wood
Brown Fox, PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225


Fairlane Fixed Income Fund, LLC
1919 McKinney Avenue
Dallas, TX 75201


Farmer, Valerie
3208 Latham Drive
Dallas, TX 75229-3844

Feigl, Frederick
4212 Greenbrier Drive
Dallas, TX 75225


Frederick Feigl
552 S. Buckner Blvd.
Dallas
TX 75217


Glazer Business Investments
3322 Shorecrest Drive
Suite 210A
Dallas, TX 75235


HP-MVP Holding Company
701 S. Buckner Blvd.
Dallas, TX 75217


Hooper, Lidji Dorey
500 N. Akard Street
Suite 3500
Dallas, TX 75201


Huddleston, Jim
2413 Creekside South
Irving, TX 75063-3356


IRA Services Trust Company
fbo Edward Geehr IRA 454928
P.O. Box 7080
San Carlos, CA 94070-7080


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelhpia, PA 19101-7346


J. Douglas Uloth
Uloth PC
5080 Spectrum Drive, Suite 1000 East
Addison, TX 75001-4648


Jacobs, Phillip
10220 Memorial Drive, 119
Houston, TX 77024


Jameson & Dunagan Corp.
5429 LBJ Freeway, 700
Dallas, TX 75240


Johnson, Emery
5711 Bordeaux Avenue

Johnson, Robert C.
4301 Greenbriar
Dallas, TX 75225

Karlock, Kendra
4502 Abbot Avenue, 211
Dallas, TX 75205

Kelly, Kim
3707 Calle Cortejo
Rancho Santa Fe, CA 92091

Kelly, Thomas
3108 Southwestern
Dallas, TX 75225

Kurtz, Kathleen
5524 Conch Train Drive
McKinney, TX 75070

Law Office of Robert Buchholz, PC
420 S. Cesar Chavez Blvd., 300
Dallas, TX 75201

Leeman Stiles
552 S. Buckner Blvd.
Dallas
TX 75217

Lemieux Holdings LLC
420 De Sola Terrace
Corona Del Mar, CA 92625

Lohse, Albert R.
30 Dandalwood
Houston, TX 77024

McLean, Brendan David
3004 Amesbury Drive
Plano, TX 75093

Meyers, Gary & Karen
2303 Creekside Circle North
Irving, TX 75063

Michael Held
Jackson Walker, LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201

Mid Atlantic Finance Company
4592 Ulmerton Road
Suite 200
Clearwater, FL 33762


Miller, Allison
3004 Amesbury Drive
Plano, TX 75093


Miller, Stephen
3004 Amesbury Drive
Plano, TX 75093


Mobley, Stephen
6315-D Bandera Avenue
Unit D
Dallas, TX 75225


Moore, Tim
1515 Emerald Plaza
College Station, TX 77845


Nguyen, Son
c/o Law Office of Robert Buchholz PC
420 S. Cesar Chavez Blvd., 300
Dallas, TX 75201


Nguyen, Thanh Le
100 Fanella Street
Belle Chasse, LA 70037


Office of the United States Attorney
3rd Floor, 1100 Commerce Street
Dallas, TX 75242


Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242


Ogletree & Deakins
50 International Drive
Suite 300
Greenville, SC 29615


Patrick Schurr
Scheef & Stone, LLP
2600 Network Blvd., Suite 400
Frisco, TX 75034


Pitney Bowes
P.O. Box 55848
Sherman Oaks, CA 91413

Pittman, Jack
7419 Crofton Drive
Dallas, TX 75231


Plainsman Tire
P.O. Box 678117
Dallas, TX 75267


Podium
1650 W. Digital Drive
Lehi, UT 84043


Prime Assets
4210 S. Industrial Drive
Suite 100
Austin, TX 78744


Provident Trust Group
fbo Michael Blanceht
8880 W Sunset Rd
Las Vegas, NV 89148


Purdue Partners Management LLC
4212 Greenbriar Drive
Dallas, TX 75225


Rook, Christine
8804 Saddlehorn Drive
Irving, TX 75063


Rutkoski, Michael J.
2048 Houlton Lane
Apt. 8211
Plano, TX 75025


SH 2008 GST Trust
9027 Guildhall
Dallas, TX 75238


Sefton, Sharon
20205 Ronsdale
Franklin, MI 48025


Souvannavong, Chan
5821 Barrier Reef Drive
Fort Worth, TX 76179


Starks, Larry
7045 Oakbluff Drive
Dallas, TX 75254

Steelman, Susan S
3901 Turtle Creek Blvd.
Number 1
Dallas, TX 75219


Stiles, Leeman
552 South Buckner Blvd.
Dallas, TX 75217


Sunwest Trust Inc
fbo Claude Lemieux SEP IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


TELLICO-RREAF, LLC
4245 N. Central Expressway
Suite 420
Dallas, TX 75205


Taylor, Avery M.
1112 Arthurs Court
Wylie, TX 75098


Taylor, John Gage
1112 Arthurs Court
Wylie, TX 75098


Texas Attorney General's Office
Bankruptcy Collections Division
P.O. Box 12548
Austin, TX 78711-2548


The Entrust Group
fbo Kimberly Kelly
555 12th Street, 1250
Oakland, CA 94607


The Entrust Group
fbo T. Kelly
555 12th Street, 1250
Oakland, CA 94607


The Jason Thor Johnston Family Trust
10972 Tularosa Lane
Frisco, TX 75033


The Robert Carrozza 2011 Trust
2714 Routh Street
Dallas, TX 75201


Thomas B. Kelly, IRA
3108 Southwestern

Document      Page 14 of 15

Turner, Elise
7042 Midcrest Drive
Dallas, TX 75254


Turner, Tim
7042 Midcrest Drive
Dallas, TX 75254


Vincent A. Carrozza Revocable Trust
c/o robert Carrozza
2714 Routh Street
Dallas, TX 75201


Wayne, David
5609 Charlestown Drive
Dallas, TX 75230


Westlake Flooring Company, LLC
4751 Wilshire Blvd.
Los Angeles, CA 90010


XL Parts
15701 N. Freeway
Houston, TX 77040

**United States Bankruptcy Court**

**IN RE:**                                                Case No._____

Safebuy, LLC
_____ Chapter   7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Frederick Feigl<br>552 S. Buckner Blvd., Dallas, TX 75217 | 50% | Other (Member) |
| Leeman Stiles<br>552 S. Buckner Blvd., Dallas, TX 75217 | 50% | Managing member |